# Court Reporter Status Report
## Preferred Format

Cause Number:

Style:

| Event date | Event description | Page Counts | | | | Remarks |
|---|---|---|---|---|---|---|
| | | Total | Edited | Proofread | E-format | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Totals | | | | | |

Guidelines

1. Each reporter must submit a separate status report
2. E-format includes proper bookmarking

# Court Reporter Status Report
## Example Report

Cause Number:  04-11-99123-CV

Style: Conrad v. Nelson

| Event date | Event description | Page Counts | | | | Remarks |
|---|---|---|---|---|---|---|
| | | Total | Edited | Proofread | E-format | |
| 8/22/2011 | Daubert motions, motions in limine | 45 | 45 | 45 | 45 | |
| 8/22/2011 | Pre-trial motions: motion to sever, motion to strike | 87 | 87 | 87 | 0 | |
| 8/23/2011 | Voir dire | 132 | 94 | 0 | 0 | |
| 8/24/2011 | Pre-trial motions: motion to compel, motion in limine | 59 | 0 | 0 | 0 | |
| 8/25/2011 | Opening statements; testimony of Mike Conrad | 210 | 0 | 0 | 0 | |
| 8/26/2011 | Testimony of Anna Dunn | 285 | 0 | 0 | 0 | |
| 8/29/2011 | Testimony of Bob Nelson | 315 | 0 | 0 | 0 | |
| 8/30/2011 | Testimony of Mauricio Ramirez | 113 | 0 | 0 | 0 | |
| 8/29/2011 | Motions; closing arguments; return of verdict | 145 | 0 | 0 | 0 | |
| 8/30/2011 | Post-verdict motions: JNOV, motion for new trial | 76 | 0 | 0 | 0 | |
| | Totals | 1,467 | 226 | 132 | 45 | |

<u>Guidelines</u>

1. Each reporter must submit a separate status report

2. E-format includes proper bookmarking